**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: FOX VALLEY MARINE, INC.  § Case No. 12-30991-BWB
  §
  §
Debtor(s)  §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 03, 2012. The undersigned trustee was appointed on August 03, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         20,605.39

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 36.00 |
| Bank service fees | 1,015.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 19,554.39 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/04/2013 and the deadline for filing governmental claims was 09/04/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,810.54. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,810.54, for a total compensation of $2,810.54.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/21/2016     By: /s/THOMAS B. SULLIVAN, TRUSTEE
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-30991-BWB  
**Case Name:** FOX VALLEY MARINE, INC.  

**Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 08/03/12 (f)  
**§341(a) Meeting Date:** 01/24/13  

**Period Ending:** 02/21/16  

**Claims Bar Date:** 09/04/13  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | NAPERVILLE BANK & TRUST | 0.00 | 0.00 | | 0.00 | FA |
| 2 | AMERICAN ENTERPRISE BANK | 0.00 | 0.00 | | 0.00 | FA |
| 3 | WHEATLAND BANK | 0.00 | 20,605.39 | | 20,605.39 | FA |
| 4 | FIRST AMERICAN BANK | 300.00 | 300.00 | | 0.00 | FA |
| 5 | 2005 LINCOLN TOWN CAR | 3,500.00 | 0.00 | | 0.00 | FA |
| 6 | 1999 FORD VAN 3150 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | 2006 FORD ECONOLINE E250 | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2003 FORD E250 PICKUP | 300.00 | 0.00 | | 0.00 | FA |
| 9 | 1999 FORD F5550 | 5,000.00 | 0.00 | | 0.00 | FA |
| 10 | 1979 FORD BRONCO | 150.00 | 0.00 | | 0.00 | FA |
| 11 | 1986 CHEVY VAN | 200.00 | 0.00 | | 0.00 | FA |
| 12 | 2003 LINCOLN | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | 1982 SHORELINE TRAILER | 100.00 | 0.00 | | 0.00 | FA |
| 14 | 1985 MOBILE HOME | 3,000.00 | 0.00 | | 0.00 | FA |
| 15 | 1987 B&M TRAILER | 100.00 | 0.00 | | 0.00 | FA |
| 16 | 1987 TRAILMASTER TRAILER | 350.00 | 0.00 | | 0.00 | FA |
| 17 | 2002 REMEQ TRAILER | 250.00 | 0.00 | | 0.00 | FA |
| 18 | 2003 REMEQ TRAILER | 275.00 | 0.00 | | 0.00 | FA |
| 19 | 2009 TRI-AXLE TRAILER | 2,000.00 | 0.00 | | 0.00 | FA |
| 20 | OFFICE FURNITURE & EQUIPMENT | 750.00 | 0.00 | | 0.00 | FA |
| 21 | 1987 RINKER W/ TRAILER | 1,000.00 | 0.00 | | 0.00 | FA |
| 22 | MISC PARTS INVENTORY | 1,000.00 | 0.00 | | 0.00 | FA |
| 22 | Assets    Totals (Excluding unknown values) | $24,575.00 | $20,905.39 | | $20,605.39 | $0.00 |

**Major Activities Affecting Case Closing:**

AWAITING FINAL TAX RETURN PREPARATION; FINAL TO FOLLOW

PREPARING MOTION FOR 2004 EXAM OF ALFRED SANTOGROSSI; AUCTIONEER TO INSPECT PROPERTY; INVESTIGATING POSSIBLE FUNDS IN

Printed: 02/21/2016 02:15 PM     V.13.25

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-30991-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** FOX VALLEY MARINE, INC.  **Filed (f) or Converted (c):** 08/03/12 (f)
 **§341(a) Meeting Date:** 01/24/13
**Period Ending:** 02/21/16  **Claims Bar Date:** 09/04/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| ACCOUNT; | | | | | |

**Initial Projected Date Of Final Report (TFR):**   June 30, 2014        **Current Projected Date Of Final Report (TFR):**   June 30, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-30991-BWB  
**Case Name:** FOX VALLEY MARINE, INC.  
**Taxpayer ID #:** **-***2859  
**Period Ending:** 02/21/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/08/13 | {3} | WHEATON BANK & TRUST | TURNOVER OF FUNDS IN CHECKING ACCOUNT | 1129-000 | 20,605.39 | | 20,605.39 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.78 | 20,587.61 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.58 | 20,556.03 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.55 | 20,525.48 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.55 | 20,497.93 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.42 | 20,465.51 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.43 | 20,436.08 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.41 | 20,407.67 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.29 | 20,375.38 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.35 | 20,348.03 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.19 | 20,315.84 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.19 | 20,285.65 |
| 02/03/14 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #12-30991, BOND#016026455 | 2300-000 | | 17.02 | 20,268.63 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.22 | 20,241.41 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.14 | 20,213.27 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.01 | 20,182.26 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.02 | 20,153.24 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.01 | 20,125.23 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.84 | 20,093.39 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.93 | 20,065.46 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.78 | 20,034.68 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.77 | 20,004.91 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.89 | 19,979.02 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.56 | 19,946.46 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.68 | 19,917.78 |
| 02/26/15 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-30991, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 18.98 | 19,898.80 |
| 02/26/15 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-30991, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -18.98 | 19,917.78 |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE | 2300-000 | | 19.32 | 19,898.46 |

Subtotals :        $20,605.39        $706.93

{} Asset reference(s)        Printed: 02/21/2016 02:15 PM    V.13.25

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-30991-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | FOX VALLEY MARINE, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3566 - Checking Account |
| Taxpayer ID #: | **-***2859 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/21/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #12-30991, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | | | | |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-30991, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -19.32 | 19,917.78 |
| 02/26/15 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-30991, BOND NUMBER 10BSBGR6291 | 2300-000 | | 18.98 | 19,898.80 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.73 | 19,872.07 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.50 | 19,841.57 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.53 | 19,813.04 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.54 | 19,785.50 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.35 | 19,755.15 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.36 | 19,725.79 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.42 | 19,698.37 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.22 | 19,668.15 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.28 | 19,639.87 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.30 | 19,612.57 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.03 | 19,581.54 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.15 | 19,554.39 |
| | | | **ACCOUNT TOTALS** | | **20,605.39** | **1,051.00** | **$19,554.39** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **20,605.39** | **1,051.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,605.39** | **$1,051.00** | |

Net Receipts :        20,605.39
_____
Net Estate :        $20,605.39

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3566** | 20,605.39 | 1,051.00 | 19,554.39 |
| | **$20,605.39** | **$1,051.00** | **$19,554.39** |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 4, 2013

**Case Number:** 12-30991-BWB  
**Debtor Name:** FOX VALLEY MARINE, INC.

Page: 1

**Date:** February 21, 2016  
**Time:** 02:15:10 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $2,810.54 | $0.00 | 2,810.54 |
| ADMIN2 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $7,788.16 | $0.00 | 7,788.16 |
| ADMIN3 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $82.63 | $0.00 | 82.63 |
| ADMIN4 200 | Law Offices of William J. Factor<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $800.00 | $0.00 | 800.00 |
| 6P 570 | Wisconsin Dept. of Revenue<br>2135 Rimrock Rd<br>PO Box 8901<br>Madison, WI 53713 | Priority | | $5,734.01 | $0.00 | 5,734.01 |
| 7P 570 | Department of Treasury-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 | Priority | | $2,889.32 | $0.00 | 2,889.32 |
| 1 -2 610 | Dommermuth, Cobine, West, Gensler, Philipchuck, Co<br>123 Water Street<br>Naperville, IL 60540 | Unsecured | | $2,105.00 | $0.00 | 2,105.00 |
| 2 610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $27,831.46 | $0.00 | 27,831.46 |
| 3 610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,954.42 | $0.00 | 2,954.42 |
| 4 610 | American Enterprise Bank<br>Deutsch Levy & Engel Chtd<br>225 W Washington St Suite 1700<br>Chicago, IL 60606 | Unsecured | | $215,225.73 | $0.00 | 215,225.73 |
| 5 610 | Mercury Marine Division of<br>Brunswick Corporation<br>Pob 1939<br>Fond du Lac, WI 54935 | Unsecured | | $9,686.11 | $0.00 | 9,686.11 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 4, 2013

**Case Number:** 12-30991-BWB  
**Debtor Name:** FOX VALLEY MARINE, INC.

Page: 2

**Date:** February 21, 2016  
**Time:** 02:15:10 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6U 610 | Wisconsin Dept. of Revenue<br>2135 Rimrock Rd<br>PO Box 8901<br>Madison, WI 53713 | Unsecured | | $356.87 | $0.00 | 356.87 |
| 7U 610 | Department of Treasury-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 | Unsecured | | $952.00 | $0.00 | 952.00 |
| **<< Totals >>** | | | | 279,216.25 | 0.00 | 279,216.25 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-30991-BWB
Case Name: FOX VALLEY MARINE, INC.
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:** $ 19,554.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 19,554.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,810.54 | 0.00 | 2,810.54 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 800.00 | 0.00 | 800.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 7,788.16 | 0.00 | 7,788.16 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 82.63 | 0.00 | 82.63 |

Total to be paid for chapter 7 administration expenses: $ 11,481.33
Remaining balance: $ 8,073.06

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,073.06

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,623.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 6P | Wisconsin Dept. of Revenue | 5,734.01 | 0.00 | 5,368.11 |
| 7P | Department of Treasury-Internal Revenue Service | 2,889.32 | 0.00 | 2,704.95 |
| | Total to be paid for priority claims: | | $ | 8,073.06 |
| | Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 259,111.59 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 -2 | Dommermuth, Cobine, West, Gensler, Philipchuck, Co | 2,105.00 | 0.00 | 0.00 |
| 2 | American Express Bank, FSB | 27,831.46 | 0.00 | 0.00 |
| 3 | American Express Bank, FSB | 2,954.42 | 0.00 | 0.00 |
| 4 | American Enterprise Bank | 215,225.73 | 0.00 | 0.00 |
| 5 | Mercury Marine Division of | 9,686.11 | 0.00 | 0.00 |
| 6U | Wisconsin Dept. of Revenue | 356.87 | 0.00 | 0.00 |
| 7U | Department of Treasury-Internal Revenue Service | 952.00 | 0.00 | 0.00 |
| | Total to be paid for timely general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**