# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: FOX VALLEY MARINE, INC. | § Case No. 12-30991-BWB |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:00AM on 04/08/2016 in Courtroom         , United States Courthouse, 150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  03/07/2016        By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: FOX VALLEY MARINE, INC. | § | Case No. 12-30991-BWB |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*           $   20,605.39

*and approved disbursements of*                $    1,051.00

*leaving a balance on hand of* [1]             $   19,554.39

**Balance on hand:**                           $   19,554.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $       0.00
Remaining balance:                       $  19,554.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,810.54 | 0.00 | 2,810.54 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 800.00 | 0.00 | 800.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 7,788.16 | 0.00 | 7,788.16 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 82.63 | 0.00 | 82.63 |

Total to be paid for chapter 7 administration expenses:   $  11,481.33
Remaining balance:                                        $   8,073.06

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 8,073.06 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,623.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P | Wisconsin Dept. of Revenue | 5,734.01 | 0.00 | 5,368.11 |
| 7P | Department of Treasury-Internal Revenue Service | 2,889.32 | 0.00 | 2,704.95 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 8,073.06 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 259,111.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Dommermuth, Cobine, West, Gensler, Philipchuck, Co | 2,105.00 | 0.00 | 0.00 |
| 2 | American Express Bank, FSB | 27,831.46 | 0.00 | 0.00 |
| 3 | American Express Bank, FSB | 2,954.42 | 0.00 | 0.00 |
| 4 | American Enterprise Bank | 215,225.73 | 0.00 | 0.00 |
| 5 | Mercury Marine Division of | 9,686.11 | 0.00 | 0.00 |
| 6U | Wisconsin Dept. of Revenue | 356.87 | 0.00 | 0.00 |
| 7U | Department of Treasury-Internal Revenue Service | 952.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|   | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |

|   | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |

|   | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Fox Valley Marine, Inc.  
    Debtor

Case No. 12-30991-BWB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: arodarte     Page 1 of 2     Date Rcvd: Mar 08, 2016  
                       Form ID: pdf006     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2016.

```
db            #+Fox Valley Marine, Inc.,    9740 State Route 59,    Naperville, IL 60564-5816
aty            +William J. Factor, Ltd.,    William J.Factor Ltd,    105 W Madison suite 1500,
                 Chicago, IL 60602-4602
19626893       +Ajax Uniforms,    1005 Geneva St.,    Shorewood, IL 60404-9409
19626890       +American Enterprise Bank,    Deutsch Levy & Engel Chtd,    225 W Washington St Suite 1700,
                 Chicago,IL 60606-3482
19626894        American Express,    P.O. Box 0001,    Los Angeles, CA 90096-0001
20082043        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19626895        American Express Blue,    P.O. Box 981535,    El Paso, TX 79998-1535
19626897       +BRP,    5986 Collections Ctr. Dr.,    Chicago, IL 60693-0059
19626896        Bank of America Business Card,    P.O. Box 15026,    Wilmington, DE 19886-5026
19626891       +Chase Bank,    PO Box 9001801,    Louisville, KY 40290-1801
19626899        Dommermuth, Brestal, et al.,    123 Walter Street,    Naperville, IL 60566
19626900      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court:  Fifth Third Bank,    5050 Kingsley,    Cincinnati, OH 45263)
20010278        Mercury Marine,    West Pioneer Road,    Fond Du Lac, WI 54936
20620232       +Mercury Marine Division of,    Brunswick Corporation,    Pob 1939,    Fond du Lac,WI 54936-1939
19626901       +RJ Galla Co.,    42 N Lake Street,    Grayslake, IL 60030-1519
20852424       +Wisconsin Department of Revenue,    Special Procedures Unit,    Pob 8901,    Madison,WI 53708-8901
19626892       +Wisconsin Dept. of Revenue,    2135 Rimrock Rd,    PO Box 8901,    Madison, WI 53708-8901
19626902        Yacht World/Boats.com,    75 Remittance Drive,    #1820,    Chicago, IL 60675-1820
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
20887545       +E-mail/Text: cio.bncmail@irs.gov Mar 09 2016 04:05:11
                 Department of Treasury-Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
19626898        E-mail/Text: mrdiscen@discover.com Mar 09 2016 04:04:47      Discover Financial,    P.O. Box 6103,
                 Carol Stream, IL 60197-6103
20010276        E-mail/Text: rev.bankruptcy@illinois.gov Mar 09 2016 04:06:01
                 Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W Randolph Street,
                 Chicago,IL 60602
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             William J. Factor, Ltd.
20010277*      +Ajax Uniforms,    1005 Geneva St,    Shorewood,IL 60404-9409
20082044*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20010279*      +RJ Galla Co,    42 N Lake Street,    Grayslake, IL 60030-1519
20017323     ##+Dommermuth, Cobine, West, Gensler, Philipchuck, Co,    123 Water Street,
                 Naperville, IL 60540-8604
                                                                                   TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2016                            Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: arodarte             Page 2 of 2              Date Rcvd: Mar 08, 2016
                              Form ID: pdf006            Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2016 at the address(es) listed below:
              Darren L Besic    on behalf of Creditor    JPMorgan Chase Bank, N.A. dbesic@aol.com,
               nancy@dbesiclaw.com
              David  Brown, ESQ   on behalf of Debtor 1    Fox Valley Marine, Inc. dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Jennifer  Rojas    on behalf of Petitioning Creditor    American Enterprise Bank rojas@dlec.com,
               stein@dlec.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas B Sullivan    tsullivan@wfactorlaw.com,   IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
                                                                                                  TOTAL: 5
```