## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: FOX VALLEY MARINE, INC. § Case No. 12-30991-BWB
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $24,575.00    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,073.06    Claims Discharged
                                              Without Payment: $259,661.86

Total Expenses of Administration: $12,532.33

---

3) Total gross receipts of $ 20,605.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,605.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,532.33 | 12,532.33 | 12,532.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,173.84 | 8,623.33 | 8,623.33 | 8,073.06 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 210,000.00 | 259,111.59 | 259,111.59 | 0.00 |
| **TOTAL DISBURSEMENTS** | $216,173.84 | $280,267.25 | $280,267.25 | $20,605.39 |

    4) This case was originally filed under Chapter 7 on August 03, 2012. The case was pending for 47 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/10/2016     By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| WHEATLAND BANK | 1129-000 | 20,605.39 |
| **TOTAL GROSS RECEIPTS** | | **$20,605.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,810.54 | 2,810.54 | 2,810.54 |
| Alan D. Lasko | 3410-000 | N/A | 7,788.16 | 7,788.16 | 7,788.16 |
| Alan D. Lasko | 3420-000 | N/A | 82.63 | 82.63 | 82.63 |
| Law Offices of William J. Factor | 3210-000 | N/A | 800.00 | 800.00 | 800.00 |
| Rabobank, N.A. | 2600-000 | N/A | 17.78 | 17.78 | 17.78 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 31.58 | 31.58 | 31.58 |
| Rabobank, N.A. | 2600-000 | N/A | 30.55 | 30.55 | 30.55 |
| Rabobank, N.A. | 2600-000 | N/A | 27.55 | 27.55 | 27.55 |
| Rabobank, N.A. | 2600-000 | N/A | 32.42 | 32.42 | 32.42 |
| Rabobank, N.A. | 2600-000 | N/A | 29.43 | 29.43 | 29.43 |
| Rabobank, N.A. | 2600-000 | N/A | 28.41 | 28.41 | 28.41 |
| Rabobank, N.A. | 2600-000 | N/A | 32.29 | 32.29 | 32.29 |
| Rabobank, N.A. | 2600-000 | N/A | 27.35 | 27.35 | 27.35 |
| Rabobank, N.A. | 2600-000 | N/A | 32.19 | 32.19 | 32.19 |
| Rabobank, N.A. | 2600-000 | N/A | 30.19 | 30.19 | 30.19 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 17.02 | 17.02 | 17.02 |
| Rabobank, N.A. | 2600-000 | N/A | 27.22 | 27.22 | 27.22 |
| Rabobank, N.A. | 2600-000 | N/A | 28.14 | 28.14 | 28.14 |
| Rabobank, N.A. | 2600-000 | N/A | 31.01 | 31.01 | 31.01 |
| Rabobank, N.A. | 2600-000 | N/A | 29.02 | 29.02 | 29.02 |
| Rabobank, N.A. | 2600-000 | N/A | 28.01 | 28.01 | 28.01 |
| Rabobank, N.A. | 2600-000 | N/A | 31.84 | 31.84 | 31.84 |
| Rabobank, N.A. | 2600-000 | N/A | 27.93 | 27.93 | 27.93 |
| Rabobank, N.A. | 2600-000 | N/A | 30.78 | 30.78 | 30.78 |
| Rabobank, N.A. | 2600-000 | N/A | 29.77 | 29.77 | 29.77 |
| Rabobank, N.A. | 2600-000 | N/A | 25.89 | 25.89 | 25.89 |
| Rabobank, N.A. | 2600-000 | N/A | 32.56 | 32.56 | 32.56 |
| Rabobank, N.A. | 2600-000 | N/A | 28.68 | 28.68 | 28.68 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 18.98 | 18.98 | 18.98 |
| Rabobank, N.A. | 2600-000 | N/A | 26.73 | 26.73 | 26.73 |
| Rabobank, N.A. | 2600-000 | N/A | 30.50 | 30.50 | 30.50 |
| Rabobank, N.A. | 2600-000 | N/A | 28.53 | 28.53 | 28.53 |
| Rabobank, N.A. | 2600-000 | N/A | 27.54 | 27.54 | 27.54 |
| Rabobank, N.A. | 2600-000 | N/A | 30.35 | 30.35 | 30.35 |
| Rabobank, N.A. | 2600-000 | N/A | 29.36 | 29.36 | 29.36 |
| Rabobank, N.A. | 2600-000 | N/A | 27.42 | 27.42 | 27.42 |
| Rabobank, N.A. | 2600-000 | N/A | 30.22 | 30.22 | 30.22 |
| Rabobank, N.A. | 2600-000 | N/A | 28.28 | 28.28 | 28.28 |
| Rabobank, N.A. | 2600-000 | N/A | 27.30 | 27.30 | 27.30 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 31.03 | 31.03 | 31.03 |
| Rabobank, N.A. | 2600-000 | N/A | 27.15 | 27.15 | 27.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $12,532.33 | $12,532.33 | $12,532.33 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | Wisconsin Dept. of Revenue | 5800-000 | 6,173.84 | 5,734.01 | 5,734.01 | 5,368.11 |
| 7P | Department of Treasury-Internal Revenue | 5800-000 | N/A | 2,889.32 | 2,889.32 | 2,704.95 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $6,173.84 | $8,623.33 | $8,623.33 | $8,073.06 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Dommermuth, Cobine, West, Gensler, Philipchuck, Co | 7100-000 | N/A | 2,105.00 | 2,105.00 | 0.00 |
| 2 | American Express Bank, FSB | 7100-000 | N/A | 27,831.46 | 27,831.46 | 0.00 |
| 3 | American Express Bank, FSB | 7100-000 | N/A | 2,954.42 | 2,954.42 | 0.00 |
| 4 | American Enterprise Bank | 7100-000 | 210,000.00 | 215,225.73 | 215,225.73 | 0.00 |
| 5 | Mercury Marine Division of | 7100-000 | N/A | 9,686.11 | 9,686.11 | 0.00 |
| 6U | Wisconsin Dept. of Revenue | 7100-000 | N/A | 356.87 | 356.87 | 0.00 |
| 7U | Department of Treasury-Internal Revenue | 7100-000 | N/A | 952.00 | 952.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $210,000.00 | $259,111.59 | $259,111.59 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-30991-BWB  
**Case Name:** FOX VALLEY MARINE, INC.

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 08/03/12 (f)  
**§341(a) Meeting Date:** 01/24/13

**Period Ending:** 07/10/16

**Claims Bar Date:** 09/04/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | NAPERVILLE BANK & TRUST | 0.00 | 0.00 | | 0.00 | FA |
| 2 | AMERICAN ENTERPRISE BANK | 0.00 | 0.00 | | 0.00 | FA |
| 3 | WHEATLAND BANK | 0.00 | 20,605.39 | | 20,605.39 | FA |
| 4 | FIRST AMERICAN BANK | 300.00 | 300.00 | | 0.00 | FA |
| 5 | 2005 LINCOLN TOWN CAR | 3,500.00 | 0.00 | | 0.00 | FA |
| 6 | 1999 FORD VAN 3150 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | 2006 FORD ECONOLINE E250 | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2003 FORD E250 PICKUP | 300.00 | 0.00 | | 0.00 | FA |
| 9 | 1999 FORD F5550 | 5,000.00 | 0.00 | | 0.00 | FA |
| 10 | 1979 FORD BRONCO | 150.00 | 0.00 | | 0.00 | FA |
| 11 | 1986 CHEVY VAN | 200.00 | 0.00 | | 0.00 | FA |
| 12 | 2003 LINCOLN | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | 1982 SHORELINE TRAILER | 100.00 | 0.00 | | 0.00 | FA |
| 14 | 1985 MOBILE HOME | 3,000.00 | 0.00 | | 0.00 | FA |
| 15 | 1987 B&M TRAILER | 100.00 | 0.00 | | 0.00 | FA |
| 16 | 1987 TRAILMASTER TRAILER | 350.00 | 0.00 | | 0.00 | FA |
| 17 | 2002 REMEQ TRAILER | 250.00 | 0.00 | | 0.00 | FA |
| 18 | 2003 REMEQ TRAILER | 275.00 | 0.00 | | 0.00 | FA |
| 19 | 2009 TRI-AXLE TRAILER | 2,000.00 | 0.00 | | 0.00 | FA |
| 20 | OFFICE FURNITURE & EQUIPMENT | 750.00 | 0.00 | | 0.00 | FA |
| 21 | 1987 RINKER W/ TRAILER | 1,000.00 | 0.00 | | 0.00 | FA |
| 22 | MISC PARTS INVENTORY | 1,000.00 | 0.00 | | 0.00 | FA |
| 22 | **Assets Totals** (Excluding unknown values) | **$24,575.00** | **$20,905.39** | | **$20,605.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPORT SUBMITTED TO US TEE 2/21/16  
AWAITING FINAL TAX RETURN PREPARATION; FINAL TO FOLLOW

Printed: 07/10/2016 08:11 PM   V.13.25

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-30991-BWB  
**Case Name:** FOX VALLEY MARINE, INC.

**Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 08/03/12 (f)  
**§341(a) Meeting Date:** 01/24/13

**Period Ending:** 07/10/16

**Claims Bar Date:** 09/04/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

PREPARING MOTION FOR 2004 EXAM OF ALFRED SANTOGROSSI; AUCTIONEER TO INSPECT PROPERTY; INVESTIGATING POSSIBLE FUNDS IN ACCOUNT;

**Initial Projected Date Of Final Report (TFR):**   June 30, 2014    **Current Projected Date Of Final Report (TFR):**   March 3, 2016  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-30991-BWB  
**Case Name:** FOX VALLEY MARINE, INC.  
**Taxpayer ID #:** **-***2859  
**Period Ending:** 07/10/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/08/13 | {3} | WHEATON BANK & TRUST | TURNOVER OF FUNDS IN CHECKING ACCOUNT | 1129-000 | 20,605.39 | | 20,605.39 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.78 | 20,587.61 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.58 | 20,556.03 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.55 | 20,525.48 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.55 | 20,497.93 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.42 | 20,465.51 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.43 | 20,436.08 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.41 | 20,407.67 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.29 | 20,375.38 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.35 | 20,348.03 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.19 | 20,315.84 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.19 | 20,285.65 |
| 02/03/14 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #12-30991, BOND#016026455 | 2300-000 | | 17.02 | 20,268.63 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.22 | 20,241.41 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.14 | 20,213.27 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.01 | 20,182.26 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.02 | 20,153.24 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.01 | 20,125.23 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.84 | 20,093.39 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.93 | 20,065.46 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.78 | 20,034.68 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.77 | 20,004.91 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.89 | 19,979.02 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.56 | 19,946.46 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.68 | 19,917.78 |
| 02/26/15 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-30991, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 18.98 | 19,898.80 |
| 02/26/15 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-30991, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -18.98 | 19,917.78 |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE | 2300-000 | | 19.32 | 19,898.46 |

Subtotals: $20,605.39    $706.93

{} Asset reference(s)

Printed: 07/10/2016 08:11 PM    V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-30991-BWB  
**Case Name:** FOX VALLEY MARINE, INC.  

**Taxpayer ID #:** **-***2859  
**Period Ending:** 07/10/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #12-30991, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | | | | |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-30991, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -19.32 | 19,917.78 |
| 02/26/15 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-30991, BOND NUMBER 10BSBGR6291 | 2300-000 | | 18.98 | 19,898.80 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.73 | 19,872.07 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.50 | 19,841.57 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.53 | 19,813.04 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.54 | 19,785.50 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.35 | 19,755.15 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.36 | 19,725.79 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.42 | 19,698.37 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.22 | 19,668.15 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.28 | 19,639.87 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.30 | 19,612.57 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.03 | 19,581.54 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.15 | 19,554.39 |
| 04/19/16 | 105 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,810.54, Trustee Compensation; Reference: | 2100-000 | | 2,810.54 | 16,743.85 |
| 04/19/16 | 106 | Alan D. Lasko | Dividend paid 100.00% on $7,788.16, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 7,788.16 | 8,955.69 |
| 04/19/16 | 107 | Alan D. Lasko | Dividend paid 100.00% on $82.63, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 82.63 | 8,873.06 |
| 04/19/16 | 108 | Law Offices of William J. Factor | Dividend paid 100.00% on $800.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 800.00 | 8,073.06 |
| 04/19/16 | 109 | Wisconsin Dept. of Revenue | Dividend paid 93.61% on $5,734.01; Claim# 6P; Filed: $5,734.01; Reference: | 5800-000 | | 5,368.11 | 2,704.95 |
| 04/19/16 | 110 | Department of Treasury-Internal Revenue Service | Dividend paid 93.61% on $2,889.32; Claim# 7P; Filed: $2,889.32; Reference: | 5800-000 | | 2,704.95 | 0.00 |

Subtotals :   $0.00   $19,898.46

{} Asset reference(s)

Printed: 07/10/2016 08:11 PM   V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-30991-BWB  
**Case Name:** FOX VALLEY MARINE, INC.  
**Taxpayer ID #:** **-***2859  
**Period Ending:** 07/10/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 20,605.39 | 20,605.39 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 20,605.39 | 20,605.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $20,605.39 | $20,605.39 | |

Net Receipts : 20,605.39  
──────────────  
Net Estate : $20,605.39

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3566** | 20,605.39 | 20,605.39 | 0.00 |
| | $20,605.39 | $20,605.39 | $0.00 |

{} Asset reference(s)

Printed: 07/10/2016 08:11 PM  V.13.25